IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ALAINA GIBSON-DINKINS, )
)
)
Plaintiff, )
)
vs. )
) Case No. 4:16-cv-00180-FJG
PROTECTIVE INSURANCE COMPANY, et al., )
)
)
Defendants. )

# DEMAND FOR JURY TRIAL

**COMES NOW Plaintiff**, by and through her attorneys, and demands a jury trial in the above-captioned case.

Respectfully submitted,

WHITE, GRAHAM, BUCKLEY & CARR, LLC

By: _____
C. ROBERT BUCKLEY    #28837
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
(816) 373-9080
(816) 373-9319  *Tele-facsimile*
bbuckley@wagblaw.com

ATTORNEYS FOR PLAINTIFF.

A copy of the foregoing was mailed
this 12th day of April, 2016 to:

K. Christopher Jayaram
Matthew T. Swift
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Attorneys for Defendant,
   Protective Insurance Company

        and

Daniel E. Hamann
DEACY & DEACY LLP
920 Main Street, Suite 1900
Kansas City, Missouri 64105
Attorneys for Defendant,
   State Farm Mutual Automobile Insurance Company

_____
C. Robert Buckley