UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALAINA GIBSON-DINKINS )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>PROTECTIVE INSURANCE )<br>COMPANY, et al. )<br>)<br>Defendants. ) | CASE NO.: 4:16-cv-00180-FJG |

## CERTIFICATE OF SERVICE

COMES NOW Defendant Protective Insurance Company, by and through its undersigned attorneys and hereby serves Defendant Protective Insurance Company.'s First Interrogatories to and First Request for Production of Documents to Plaintiff Alaina Gibson-Dinkins on this 9th day of May, 2016, via U.S. Mail and e-mail to:

C. Robert Buckley
White, Graham, Buckley & Carr, LLC
19049 E. Valley View Pkwy., Suite C
Independence, MO 64055
(816) 373-0980
FAX: (816) 373-9139
bbuckley@wagblaw.com

**ATTORNEY FOR THE PLAINTIFF**

Daniel E. Hamann
Deacy & Deacy LLP
920 Main Street
Suite 1900
Kansas City, Missouri 64105
816-421-4000
deh@deacylaw.com

**ATTORNEY FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

Respectfully submitted,

*/s/ K. Christopher Jayaram*
K. Christopher Jayaram    MO #50771
Matthew T. Swift        MO #63601
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Ste. 1100
Kansas City, Missouri 64108
cjayaram@hab-law.com
mswift@hab-law.com
(816) 421-0700
(816) 421-0899, FAX

**ATTORNEYS FOR PROTECTIVE INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

This will certify that on the 9th day of May, 2016, a copy of the above and foregoing document was served on the following counsel of record via ☑ United States first-class mail, postage prepaid, ☐ e-filing ☐ facsimile ☑ email ☐ hand delivery ☐ Federal Express:

C. Robert Buckley
White, Graham, Buckley & Carr, LLC
19049 E. Valley View Pkwy., Suite C
Independence, MO 64055
(816) 373-0980
FAX: (816) 373-9139
bbuckley@wagblaw.com

**ATTORNEY FOR THE PLAINTIFF**

Daniel E. Hamann
Deacy & Deacy LLP
920 Main Street
Suite 1900
Kansas City, Missouri 64105
816-421-4000
deh@deacylaw.com

**ATTORNEY FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

            */s/ K. Christopher Jayaram*
            Attorney