UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ALAINA GIBSON-DINKINS, )
)
Plaintiff, )
)
v. ) Case No. 4:16-cv-00180-FJG
)
PROTECTIVE INSURANCE )
COMPANY, et al., )
)
Defendants. )

# PLAINTIFF'S RULE 26 EXPERT DISCLOSURES

## I. RETAINED EXPERT

Bernard Abrams, M.D.
10701 Nall Avenue, Ste. 120
Overland Park, KS 66215

A neurologist who performed an independent medical examination. Report has been provided. Report, CV and list of cases have been provided. Deposition fee is $800 per hour; trial testimony is $4,750 per half day
Compensation paid to date: $2,500

## II. NON-RETAINED EXPERTS

Shannon Margherio, PT
SERC Physical and Hand Therapy
Clinton, Missouri 64735
A physical therapist who provided treatment to Plaintiff who will provide testimony about her findings and her treatment.

Gary Shaw, M.D.
296 N.E. Tudor Road
Lee's Summit, Missouri
An Otolaryngologist who examined and treated Plaintiff who will testify

concerning his examination, treatment and opinions as to diagnosis and prognosis.

John Harlan, M.D.
2000 SE Blue Parkway
Lee's Summit, Missouri
A neurologist who examined and treated Plaintiff who will testify concerning his examination, treatment and opinions as to diagnosis and prognosis.


Michael Ausmus, M.D.
Veronica Anwuri, M.D.
St. Luke's Medical
20 NW St. Luke's Blvd
Lee's Summit, Missouri
Plaintiff's primary care physicians who provided and ordered treatment and have information on her pre-accident condition.

Jessica Sanchez, M.D.
Margaret Stull, M.D.
St. Luke's Health System
20 NW St. Luke's Blvd.
Lee's Summit, Missouri
Radiologists who read x-ray, MRI and CT Scan of Plaintiff's foot.

Gary Go, M.D.
Amar Patel, M.D.
Rockhill Orthopedics
120 N.E. Saint Luke's Blvd, Suite 200
Lee's Summit, Missouri
Orthopedic doctors who examined and provided care and treatment to Plaintiff. They will provide testimony concerning their diagnosis and treatment.

Thomas Laughlin, M.D.
KC Pain
1300 E. 104th Street, Suite 100
Kansas City, Missouri 64131
A pain management physician who examined and provided care and treatment to Plaintiff. He will testify concerning his diagnosis and treatment provided to Plaintiff. He will also provide testimony on cause of her condition and the need for future treatment.

Susan K. Bonar, M.D.
11237 Nall Avenue, Suite 130
Leawood, Kansas 66211
An orthopedic specialist who examined Plaintiff and will testify concerning her diagnosis.

Jenna H. Shepard, Ph.D.
KC Pain Center
4900 Arrowhead Drive
Independence, Missouri
A psychologist who provided counseling for pain management and will testify concerning her diagnosis and treatment.

Herbert Dempsey, D.O.
Lee's Summit Clinic
615 SW Third Street
Lee's Summit, Missouri
A primary care physician who has seen and treated Plaintiff. He will testify concerning his diagnosis and treatment, and her need for future treatment.

John Wubbenhorst,
Madison Avenue Psychological
12600 E. US Highway 40
Independence, Missouri
A counselor who has provided counseling to Plaintiff. He will provide testimony as to her diagnosis, the cause of her condition, her prognosis and her need for future counseling

WHITE, GRAHAM, BUCKLEY & CARR, L.L.C.

By: /s/ C. Robert Buckley
_____
C. ROBERT BUCKLEY      28837
19049 E. Valley View Parkway, Suite C
Independence, Missouri 64055
(816) 373-9080
(816) 373-9319 Tele-facsimile
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed this 30th day of September, 2016, 2016 to:

K. Christopher Jayaram
Matthew T. Swift
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
cjayaram@hab-law.com
mswift@hab-law.com

Attorneys for Defendant,
Protective Insurance Company

Daniel E. Hamann
DEACY & DEACY LLP
920 Main Street, Suite 1900
Kansas City, Missouri 64105
deh@deacylaw.com

Attorney for Defendant
State Farm Mutual Automobile Insurance Company

/s/ C. Robert Buckley
_____
C. Robert Buckley